JOSEPH SCHLESINGER, #87692
Acting Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
EDWARD CASSAYRE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>EDWARD CASSAYRE,<br><br>　　　　　　Defendant. | No. Cr.S 12-453 AC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER<br>CONTINUING INITIAL APPEARANCE<br><br>Date:　February 25, 2013<br>Time:　9:00 a.m.<br>Judge: Hon. Allison Claire |

　　　IT IS HEREBY STIPULATED between the parties through their respective counsel, Samuel Wong, Assistant United States Attorney, and Linda C. Harter, Chief Assistant Federal Defender, attorney for EDWARD CASSAYRE, that the Court vacate the initial appearance on January 28, 2013 at 9:00 a.m. and set a new initial appearance on February 25, 2013 at 9:00 a.m.

　　　The parties are working on an agreement that they may be able to enter into at the first appearance. Mr. Cassayre will have to travel a long distance to court and will have to stay the night before court in a hotel. He is on a limited income and would like to keep the number of trips to Sacramento for court to a minimum.

Dated: January 24, 2013

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
EDWARD CASSAYRE

Dated: January 24, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ Samuel Wong
SAMUEL WONG
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: January 24, 2013.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE