```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-cr-453-AC-1 |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| EDWARD CASSAYRE, | |
| Defendant. | Court: Hon. Allison Claire |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendant Edward Cassayre, on the other hand, through their respective attorneys, that:

(1) the presently set April 29, 2013, status conference shall be continued to June 3, 2013, at 9:00 a.m.; and (2) time from the date of the parties' stipulation, April 25, 2013, through, and including, June 3, 2013, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local

1

1 | Codes T4 (reasonable time for defense counsel to prepare).
2 | The parties stipulate and agree that the United States has
3 | produced discovery to defense counsel and defense counsel needs
4 | additional time to review the discovery, investigate the facts,
5 | conduct legal research regarding possible defenses, and confer
6 | with her client regarding these matters. The parties have
7 | discussed settlement of the case, however, more time is needed to
8 | reduce their settlement discussions into a revised formal written
9 | plea agreement and then explain the ramifications of the proposed
10 | plea agreement to defendant. The task of conferring with the
11 | client is made more difficult due to the fact defendant resides a
12 | substantial distance away from Sacramento where his counsel has
13 | her office.

Based on these facts, the parties stipulate and agree that the Court shall find: (1) the trial delay and exclusion of time requested herein is necessary to provide defense counsel reasonable time to prepare defendant's defense taking into account due diligence; and (2) the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated: April 25, 2013        /s/ Linda Harter
                             _____
                             LINDA HARTER
                             Chief Assistant Federal Defender
                             Attorney for Defendant
                             Edward Cassayre
                             (per email request)

Dated: April 25, 2013        BENJAMIN B. WAGNER
                             UNITED STATES ATTORNEY

                                    /s/ Samuel Wong
                             By: _____
                                 SAMUEL WONG
                                 Assistant U.S. Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, April 25, 2013, to and including the new June 3, 2013, status conference hearing date shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the presently set April 29, 2013, status conference shall be continued to June 3, 2013, at 9:00 a.m.

Dated: April 26, 2013.

United States Magistrate Judge