```
 1  HEATHER E. WILLIAMS, #122664
    Federal Defender
 2  LINDA C. HARTER, Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    EDWARD CASSAYRE
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  No. Cr.S 12-453 AC
                                 )
12            Plaintiff,         )
                                 )  STIPULATION AND [PROPOSED]
13      v.                       )  ORDER TO VACATE STATUS
                                 )  CONFERENCE AND SET FOR
14  EDWARD CASSAYRE,             )  CHANGE OF PLEA
                                 )
15            Defendant.         )  Date: July 15, 2013
                                 )  Time: 9:00 a.m.
16  _____ )  Judge: Hon. Allison Claire
17
18       IT IS HEREBY STIPULATED between the parties through their
19  respective counsel, Samuel Wong, Assistant United States Attorney, and
20  Linda C. Harter, Chief Assistant Federal Defender, attorney for EDWARD
21  CASSAYRE, that the Court vacate the status conference on June 3, 2013
22  at 9:00 a.m. and set for a change of plea on July 15, 2013 at 9:00 a.m.
23       The reasons for the continuance are that the parties are
24  continuing negotiations regarding the restitution issues and defense
25  counsel needs time to explain the final draft of the plea agreement
26  with Mr. Cassayre.
27       It is further stipulated that the time period from May 29, 2013,
28  through and including the date of the new hearing, July 15, 2013, shall
```

be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: May 29, 2013

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
EDWARD CASSAYRE

Dated: May 29, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ Samuel Wong
SAMUEL WONG
Assistant United States Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, May 29, 2013, to and including the new July 15, 2013,

change of plea hearing date shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the presently set June 3, 2013, status conference shall be vacated and a change of plea hearing is set to July 15, 2013, at 9:00 a.m.

IT IS SO ORDERED.

Dated: May 31, 2013

ALLISON CLAIRE
United States Magistrate Judge

Stipulation and Order                -3-